Rob Bonta, State Bar No. 202668
Attorney General of California
Peter D. Halloran, State Bar No. 184025
Supervising Deputy Attorney General
Carolyn Frank, State Bar No. 245479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7868
 Fax: (916) 324-5567
 E-mail: Carolyn.Frank@doj.ca.gov
*Attorneys for Defendants
California Department of Corrections and
Rehabilitation; Kathleen Allison and Dr.
Stephanie Neumann Bese*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JUNE M. DOMINO,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES; KATHLEEN ADDISON; DR. STEPHANIE NEUMANN BESE,**<br><br>Defendants. | 1:19-cv-01790-JLT-SKO<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE**<br><br>Judge:  The Honorable Jennifer L. Thurston<br>Trial Date:<br>Action Filed: December 23, 2019 |

On February 28, 2022, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint. On March 25, 2022, Plaintiff's counsel filed a declaration stating that the attorney representing Plaintiff had left the firm and had not made arrangements for other counsel to be notified of deadlines in this matter and requested this Court allow a late filed Opposition to Defendants' Motion to Dismiss. On March 28, 2022, this Court entered a minute order directing Plaintiff to meet and confer with Defendants' counsel regarding a briefing schedule. The parties have met and conferred and have agreed to the following: Plaintiff will file an Opposition to

Defendants' Motion to Dismiss on or before May 13, 2022.  Defendants will file a Reply brief on or before May 23, 2022.  The parties understand that the Court has taken the hearing off calendar and that if the Court determines a hearing is necessary the Court will put the hearing back on calendar when the Court is prepared to hear the motion.

Dated:  April 25, 2022

> ROB BONTA
> Attorney General of California
> PETER D. HALLORAN
> Supervising Deputy Attorney General
>
> */s/ Carolyn Frank*
> CAROLYN FRANK
> Deputy Attorney General
> *Attorneys for Defendants
> California Department of Corrections and Rehabilitation; Kathleen Allison; Dr. Stephanie Neumann Bese*

Dated:  April 25, 2022

> */s/ Anthony Willoughby*
> ANTHONY WILLOUGHBY
> *Attorney for Plaintiff
> June Domino*

**ORDER**

Having read the stipulation of the parties, this Court orders Plaintiff will file her Opposition to Defendants' Motion to Dismiss on or before May 13, 2022 and Defendants will file their Reply Brief on or before May 23, 2022.  The hearing for this matter will remain off calendar until such time the Court determines a hearing is necessary.

IT IS SO ORDERED.

Dated:   **April 26, 2022**

UNITED STATES DISTRICT JUDGE