# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE M. DOMINO, Ph.D.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION & REHABILITATION, et al.,<br><br>　　　　　Defendants | Case No. 1:19-cv-01790-JLT-SKO<br><br>**NOTICE REGARDING PLAINTIFF JUNE M. DOMINO'S *EX PARTE* COMMUNICATION** |

　　　On September 13, 2022, Court staff received an *ex parte* communication from Plaintiff June M. Domino, Ph.D., in the form of a copy of a letter to Anthony Willoughby, Plaintiff's counsel of record.

　　　The Court cannot engage in *ex parte* communications with litigants or their counsel. Accordingly, Attorney Willoughby is ORDERED to provide to defense counsel a copy of the letter within five (5) days of the date of this order.

　　　The Court also cannot engage in communications with a litigant who is represented by an attorney. To the extent Plaintiff has a need to communicate with the Court again by email, such communication must be made through her attorney and must copy defense counsel on any such communications sent to the Court. Plaintiff is further advised that any request for court action must be filed on the docket by her attorney.

IT IS SO ORDERED.

Dated:  **September 13, 2022**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE