ROB BONTA, State Bar No. 202668
Attorney General of California
JERRY J. DESCHLER, State Bar No. 215691
Supervising Deputy Attorney General
LYKISHA D. BEASLEY, State Bar No. 282907
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-6110
 Fax:  (916) 324-5567
 E-mail:  Lykisha.Beasley@doj.ca.gov
*Attorneys for Defendant*
*California Department of Corrections*
*and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JUNE M. DOMINO,**<br><br>                                                    Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,**<br><br>                                                    Defendants. | 1:19-cv-01790-JLT-SKO<br><br>**JOINT STIPULATION REQUESTING MODIFICATION OF SCHEDULING ORDER; ORDER**<br><br>**[Fed. R. Civ. P. 6(b)(4)]**<br><br>Judge:           The Honorable Jennifer L. Thurston<br>Trial Date:     December 3, 2024<br>Action Filed:  December 23, 2019 |

**TO THE HONORABLE JENNIFER L. THURSTON, UNITED STATES DISTRICT COURT JUDGE:**

On February 17, 2023, the Court issued the Scheduling Order in this case.  (ECF No. 78.) The Scheduling Order set forth the following cut-off dates for discovery: Initial Disclosures – March 20, 2023; Non-Expert Discovery – March 29, 2024; Expert Disclosures: April 3, 2024; Rebuttal Expert Disclosures – April 17, 2024; and Expert Discovery – April 26, 2024.  (*Id.*)  The Scheduling Order also set forth the following cut-off dates for law and motion: Non-Dispositive

1

1  Motions – filed by May 10, 2024 and heard on June 26, 2024; and Dispositive Motions – filed by
2  June 28, 2024 and heard on August 5, 2024.  (*Id.*)
3      At the time the parties filed their joint scheduling report (ECF No. 75), Defendant
4  California Department of Corrections and Rehabilitation, et al. ("CDCR") was represented by
5  different counsel.  (Declaration of Lykisha D. Beasley, ¶ 2.)  Although Deputy Attorney General
6  Beasley is now the third different attorney assigned to this case, Defendant intends to continue
7  litigating this matter fully and in good faith and, prior to now, has not sought leave of the Court to
8  deviated from its Scheduling Order for any purpose.  However, based on the information and joint
9  stipulation below, Defendant respectfully requests that the Court modify the Scheduling Order, by
10 extending the discovery and law and motion deadlines by 40 days.  A 40-day extension will allow
11 Defendant to grant Plaintiff Domino's request to extend the due date of her discovery responses
12 to Defendant without causing Defendant undue prejudice with respect to its ability to meet and
13 confer with Plaintiff regarding any disputed precipitated by her responses as well as conduct
14 expert discovery and prepare any law and motion that may be necessary.  (Declaration of Lykisha
15 D. Beasley, ¶¶ 5, 6, 7.)
16     WHEREAS, on March 13, 2024, Plaintiff's counsel requested a two-week extension of the
17 due date of her written discovery responses to Defendant, making the new due date April 8, 2024
18 (rather than March 25, 2024) – a date that falls beyond the non-expert discovery cut-off;
19     WHEREAS, after careful consideration of Plaintiff's request, the Parties agree that
20 extending the time for Plaintiff to prepare meaningful responses to the written discovery
21 propounded by Defendant is for good cause and in the interest of justice for both parties;
22     WHEREAS, the Parties are also meeting and conferring regarding Plaintiff's ability attend
23 her deposition, which is set for March 20, 2024, but will likely need to be rescheduled in light of
24 travel considerations (Declaration of Lykisha D. Beasley, ¶ 6.); and
25     WHEREAS, the Parties agree that they intend to continue working diligently so as to not
26 disturb the Pre-Trial Conference date of September 30, 2024 and the Trial date of December 3,
27 2024 set by the Court in the Scheduling Order;
28 ///

**IT IS HEREBY STIPULATED:**

Plaintiff and Defendant, by and through their respective attorneys of record, have agreed to and, hereby do, request the following date modifications to the cut-off dates for discovery and law and motion:

| EVENT | [PROPOSED] NEW DEADLINE |
|---|---|
| Non-Expert Discovery | May 8, 2024 |
| Expert Disclosures | May 13, 2024 |
| Rebuttal Expert Disclosures | May 27, 2024 |
| Expert Discovery | June 5, 2024 |
| Non-Dispositive Motions | Filed: June 19, 2024; Heard: August 5, 2024 |
| Dispositive Motions | Filed: August 7, 2024; Heard: September 16, 2024 |

Dated: March 21, 2024                             Willoughby & Associates

By   /s/ *Anthony W. Willoughby II*
Anthony W. Willoughby II
Attorneys for Plaintiff
June M. Domino


Dated: March 21, 2024                             Office of the Attorney General

By   /s/ *Lykisha D. Beasley*
Lykisha D. Beasley, Deputy Attorney General
Attorneys for Defendant
California Department of
Corrections and Rehabilitation

**ORDER**

The Court having reviewed the foregoing Joint Stipulation (Doc. 80) and good cause appearing, **IT IS HEREBY ORDERED** that the Scheduling Order (Doc. 78) shall be modified to reflect the following new deadlines:[1]

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Non-Expert Discovery | March 29, 2024 | May 8, 2024 |
| Expert Disclosures | April 3, 2024 | May 13, 2024 |
| Rebuttal Expert Disclosures | April 17, 2024 | May 27, 2024 |
| Expert Discovery | April 26, 2024 | June 5, 2024 |
| Non-Dispositive Motion | Filing: May 10, 2024<br>Hearing: June 26, 2024 | Filed: June 19, 2024<br>Heard: August 5, 2024 |
| Dispositive Motion | Filed: June 28, 2024<br>Heard: August 5, 2024 | Filed: August 7, 2024<br>Heard: September 16, 2024 |
| Pre-Trial Conference | September 30, 2024, at 1:30 PM | November 25, 2024, at 1:30 PM |
| Trial | December 3, 2024, at 8:30 AM | January 21, 2025, at 8:30 AM |

IT IS SO ORDERED.

Dated:   **March 28, 2024**                   /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The Court sua sponte continues the Pretrial Conference and Trial dates to allow the assigned district judge time to rule on any dispositive motions and to allow the parties time to prepare for trial.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Stipulation Requesting Modification of the Scheduling Order  (1:19-cv-01790-JLT-SKO)