IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUNE DOMINO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:19-1790-LHR |
| CALIFORNIA CORRECTIONAL HEALTHCARE SERVICES, *et al.*, | § § § § | |
| Defendants. | § § § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order entered on July 3, 2024, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on July 3, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge